**Motion Granted and Order filed June 25, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00078-CV

_____

**ELITE COLLISION CENTER, ET AL, Appellant**

**V.**

**CC AUTO BROKERS, INC., Appellee**

**On Appeal from County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 978206**

## O R D E R

The clerk's record was filed May 6, 2015. On June 2, 2015, we ordered a supplemental clerk's record containing the trial court's judgment filed. That record has been filed.

Appellant filed a motion requesting this court to order another supplemental clerk's record filed. On June 23, 2015, a second supplemental clerk's record is

filed. The record does not contain each document requested in appellant's motion. Accordingly, the motion is granted.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before July 21, 2105, containing the following:

1. 07/02/2014 Plaintiff's Second Amended Original Petition;

2. Every Notice of Appeal, including but not limited to: the 1st Amd Notice of Appeal "NOA"; and

3. 2nd Amd Notice of Appeal "NOA";

If any item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM